# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR125 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PHILLIP M. WEBER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the defendant Phillip M. Weber (Weber) to review detention (Filing No. 11). Weber is charged with robbing the Creighton Federal Credit Union on three separate occasions in February 2008. Weber was detained as a danger to the community following a detention hearing on March 27, 2008 (Filing No. 8). Weber requests the court order Pretrial Services to investigate the placement of Weber at CH, Inc.

Weber was apprehended by the police as Weber was leaving the Creighton Federal Credit Union after the third robbery. At the time of his apprehension, Weber was wearing a dark bandana which covered his face and he possessed the currency taken in the robbery and a knife. On each of the three robberies the employees of the Creighton Federal Credit Union were threatened with being blown up by a bomb and on one occasion were required to lie on the floor. The Pretrial Services report indicates a sporadic employment history of Weber, a history of alcohol and substance abuse, and a mental health history of Post Traumatic Stress Disorder, Major Depression and Obsessive Compulsive Disorder, and Bi-Polar Disorder.

These charges involve crimes of violence which activate the rebuttable presumption of detention in 18 U.S.C. § 3156(a)(4)(b). While Weber has only a minor criminal history, the placement of Weber at CH, Inc., is totally inappropriate. Weber is a danger to society and is a risk of non-appearance and there are no conditions of release or a combination thereof which would reasonably assure the safety of the community or Weber's appearance for further proceedings.

Weber's motion to review detention (Filing No. 11) is denied.

**IT IS SO ORDERED.**

DATED this 16th day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge